UNITED STATES BANKRUPTCY COURT

FOR THE

EASTERN DISTRICT OF VIRGINIA
Alexandria Division

In the Matter of:

Richard Land Matthews
    Debtor

Chapter 13

Case No. 12-15359-RGM

## ORDER CONDITIONALLY CONFIRMING PLAN

    The Chapter 13 Plan filed by Richard Land Matthews on September 14, 2012, having been transmitted to all creditors; and it having been determined that the plan meets each of the requirements of 11 U.S.C. Section 1325(a);

**It is ORDERED that:**
    (1)    the Plan as filed or modified is CONFIRMED.
    (2)    Upon entry of this order, all property of the estate shall revest in the Debtor(s). Notwithstanding such revesting, the Debtor(s) shall not encumber, refinance, sell or otherwise convey real property without first obtaining an order of approval from this Court.
    (3)    All funds received by the Chapter 13 Trustee on or before the date of an order of conversion or dismissal shall be disbursed to creditors, unless such disbursement would be de minimis, in which case the funds may be disbursed to the Debtor(s) or paid into the Treasury registry fund account of the Court, at the discretion of the Trustee. All funds received by the Chapter 13 Trustee after the date of the entry of the order of dismissal or conversion shall be refunded to the Debtor(s) at their address of record.

**Order Conditionally Confirming Plan**
Richard Land Matthews
**Case #12-15359-RGM**

  (4) On October 4, 2012, and each month thereafter until further order of this Court, the Debtor shall pay to the Trustee, Thomas P. Gorman at P.O. Box 1553, Memphis, TN 38101-1553 the sum of $783.42 per month in order to pay all creditors back at 100% of all allowed claims. Payments under said Plan to be completed within 36 months from the due date of the first payment in this case.
  (5) Confirmation of Debtor's Plan is conditioned upon resolution of the claim of Ann M. Callaway, Conservator for George A. Gray, III. Debtor shall promptly file any objection he has to the same on or before December 31, 2012, which objection shall be expeditiously prosecuted to conclusion. Upon resolution of the claim objection, and on motion of a party in interest, the Court may modify the Plan in light of the resolution of the claim.
  (6) Debtor shall not dissipate, expend or diminish the assets or accounts listed on Schedule B without Order of the Court.
  (7) Any attorney's fees are subject to Court approval.

Dated: _____      _____
                      Robert G. Mayer
                      United States Bankruptcy Judge

Confirmation Recommended.


_/s/ Thomas P. Gorman_____
Thomas P. Gorman
Chapter 13 Trustee
300 North Washington Street, Ste. 400
Alexandria, VA 22314
(703) 836-2226
VSB #26421


Local Rule 9022-1(C) Certification

The foregoing Order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).


/s/ Thomas P. Gorman_____
Thomas P. Gorman, Chapter 13 Trustee

**Order Conditionally Confirming Plan**
Richard Land Matthews
**Case #12-15359-RGM**

**PARTIES TO RECEIVE COPIES**

Richard Land Matthews
Chapter 13 Debtor
4592 Hillside Court
Warrenton, VA 20187

Scott Alan Weible, Esquire
Attorney for Debtor
The Haymarket Professional Bldg
14540 John Marshall Hghway, #201
Gainesville, VA 20155-1693

Ann M. Callaway, Esq.
Conservator for George A. Gray, III
15 Garrett Street
Warrenton, VA 20186

Thomas P. Gorman
Chapter 13 Trustee
300 North Washington Street, Ste. 400
Alexandria, VA  22314